**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

James Wright
(Enter above the full name of the plaintiff in this action.)

Prisoner ID No. 142769
(Do Not Put Your Social Security Number)

V.

Sgt. Shelton ~~and~~
~~Frances~~ +
CPl. Cotton

(Enter above the full name of the defendant, or defendants, in this action.)

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Apr 28, 2020
OFFICE OF THE CLERK

CASE NO. 20-5076 PKH/ELW

Jury Trial: Yes ✓   No ____
(Check One)

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____   No ✓

B. If your answer to A is yes, describe each lawsuit in the space below including the **exact plaintiff name or alias used**. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this lawsuit

Plaintiffs: _____

Defendants: _____

_____

2. Court (if federal court, name the district; if state, name the county):

_____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

−1−

II. Place of Present Confinement: Varner Supermax in Grady Arkansas

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. **Failure to complete the grievance procedure may affect your case in federal court.**

   A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

   Yes ✓   No ___

   B. If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.** If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented. VSM 19-00434 (1-15-19)(80I)

   C. If your answer is NO, explain why not: ___

IV. Parties

   (In item A below, place your name in the first blank and place your present address in the second blank.)

   A. Your Full Name: James Wright
      Address: P.O. Box 600; Grady Ark 71644

   (In Item B below, place the **full** name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

   Do Not List Witnesses.

   You may not name the jail as a Defendant. The jail is a building and cannot be sued.

   B. Read carefully and fill out all information sought.

   **1. Defendant #1.**
   Full Name: Sgt. Shelton (Unknown first name)
   Position: Hoe Squad Rider at Varner (Seargent)
   Place of Employment: Varner Unit
   Address: P.O. Box 600; Grady Arkansas 71644

−2−

## 2. Defendant #2

**Full Name:** Cpl. Cotton

**Position:** Corporal

**Place of Employment:** Varner Supermax

**Address:** P.O. Box 600, Grady Arkansas 71644

## 3. Defendant #3

**Full Name:** _____

**Position:** _____

**Place of Employment:** _____

**Address:** _____

## 4. Defendant #4

**Full Name:** _____

**Position:** _____

**Place of Employment:** _____

**Address:** _____

If you need more space for additional Defendants, list the additional Defendants on another piece of paper, using the same outline.

V.  At the time of the alleged incident(s), were you:
    (check the appropriate blank)

    ___ in jail and still awaiting trial on pending criminal charges
    _X_ serving a sentence as a result of a judgment of conviction
    ___ in jail for other reasons (*e.g.*, alleged probation violation, etc.)

**Explain:** Serving 18 year sentence in ADC

Please provide the date of your conviction or probation or parole revocation:

Incarcerated since 2006 convicted in Aug. 2008

## VI. Statement of Claim

State <u>every</u> ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the <u>facts</u> of your claim.

With respect to <u>each</u> claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)

<u>Claim Number # 1:</u>

Type of Claim (for example, excessive force, denial of medical care, etc.):

Excessive force

Date of the Occurrence: 1/30/19

Name of Each Defendant involved: Sgt. Shelton and Cpl. Cotton

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #1 and any harm caused by it.

While being Escorted from Classification Sgt. Shelton became aggressive trying to throw me to the ground while I was in Handcuffs and shackles and Cpl. Cotton assisted. Sgt. Shelton rammed his shoulder into my right shoulder repeatedly before slamming me.

With regard to Claim #1, are you suing Defendant(s) in his or her: (check the appropriate blank)

\_\_\_\_ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

\_\_\_\_ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

_X_ both official and personal capacity

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

Officers violated Use of Force policy due to myself being in Shackles and Handcuffs and Not being Combative in anyway. Officers should only Use the Force Necessary to subdue an inmate.

**Claim Number # 2:**

**Type of Claim (for example, excessive force, denial of medical care, etc.):**

**Date of the Occurrence:**

**Name of Each Defendant involved:**

**Describe the acts or omissions of the Defendant(s) that form the basis for Claim #2 and any harm caused by it.**

**With regard to Claim #2, are you suing Defendant(s) in his or her: (check the appropriate blank)**

\_\_\_\_ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

\_\_\_\_ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

\_\_\_\_ both official and personal capacity

–5–

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____
_____
_____
_____
_____
_____

**Claim Number # 3:**

**Type of Claim (for example, excessive force, denial of medical care, etc.):**

_____
_____

**Date of the Occurrence:** _____

**Name of Each Defendant involved:** _____

_____
_____
_____

**Describe the acts or omissions of Defendant(s) that form the basis for Claim #3 and any harm caused by it.**

_____
_____
_____
_____
_____
_____

**With respect to Claim #3, are you suing Defendant(s) in his or her: (check the appropriate blank)**

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

_____ both official and personal capacity

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____
_____
_____
_____
_____
_____
_____

If you need more space for more claims, list the additional claims on another piece of paper, using the same outline.

## VII. Relief

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

X Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

X Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages.

~~Compensatory~~ (20,000 $) Pain + suffering. For violation Use of Force and Injuring my shoulder. Though it wasn't broken I have a constant ache that won't go away believed to have resulting from Development of Arthritise from the incident. Unable to do strenious activities for periods of time without pain

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this __4__ day of __April__, 20__20__.

James Wright
Printed Name of Plaintiff

Signature of Plaintiff

James Wright # 140169
P.O. Box 600
Grady, Ark 71644

FIRST-CLASS MAIL
NEOPOST
04/22/2020
US POSTAGE $001.60
ZIP 71643
041M11450898

ADC
VARNER
UNIT

Received WD/AR
APR 24 2020
U.S. Clerk's Office