**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

JAMES ADAM WRIGHT, JR.,
ADC #142769                                                                                      PLAINTIFF

4:20CV00464-JM-JTK

SHELTON, et al.                                                                                    DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.   There have been no objections.   After a review of those proposed findings and recommendations, the Court adopts them in their entirety.   Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 51) is GRANTED, and Plaintiff's Complaint is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 23rd day of June, 2021.


_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1