**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

JAMES ADAM WRIGHT, JR.,
ADC #142769                                                                                              PLAINTIFF

4:20CV00464-JM-JTK

SHELTON, et al.                                                                                          DEFENDANTS

**<u>JUDGMENT</u>**

      Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and

Adjudged that this case is DISMISSED with prejudice

      IT IS SO ADJUDGED this 23rd day of June, 2021.


_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1