IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAMES ADAM WRIGHT, JR.,
ADC #142769                                                                PLAINTIFF

4:20CV00464-JM-JTK

SHELTON, et al.                                                            DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED with prejudice

IT IS SO ADJUDGED this 13th day of September, 2021.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE

1